UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUE HUBBARD CARTER, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:04-cv-05660-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED** (Doc. 16) |

　　　Plaintiff Cecil Jerome Hatchett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On August 8, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On August 18, 2005, plaintiff filed objections to the Magistrate

1  Judge's Findings and Recommendations.
2       In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  de novo review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   The Findings and Recommendations, filed August 8, 2005,
9  is ADOPTED IN FULL; and,
10      2.   This action is DISMISSED, with prejudice, for
11 plaintiff's failure to state any claims upon which relief may be
12 granted under section 1983.
13 IT IS SO ORDERED.
14 **Dated:  September 21, 2005**             **/s/ Robert E. Coyle**
   668554                                    UNITED STATES DISTRICT JUDGE